# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN LAVERGNE

NO. 2025 KW 1289

**APRIL 8, 2026**

---

In Re:    In Re: La'Deisha Woods, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01580.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.